In the Matter of the Application of LENA P. DE GUISCARD, Appellant, for a Peremptory Mandamus Order against ARTHUR W. LAWRENCE and Others, Con-

stituting the Westchester County Park Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.